U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Anderson, et. al, v. Saturn Corporation

07CV6213
JUDGE BUCKLO
MAG. JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Saturn Corporation

| | |
|---|---|
| NAME (Type or print) Matthew W. Gasaway | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Chittenden, Murday & Novotny LLC | FILED NOV - 2 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| STREET ADDRESS 303 West Madison, Suite 1400 | |
| CITY/STATE/ZIP Chicago / IL / 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06274976 | TELEPHONE NUMBER 312-281-3600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |