## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Anderson, et. al, v. Saturn Corporation

Case Number:

# 07 C 6213

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: JUDGE BUCKLO

Saturn Corporation

MAGISTRATE JUDGE COLE

| NAME (Type or print) |
| --- |
| William A. Chittenden |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ William A. Chittenden |

| FIRM |
| --- |
| Chittenden, Murday & Novotny LLC |

| STREET ADDRESS |
| --- |
| 303 West Madison, Suite 1400 |

| CITY/STATE/ZIP |
| --- |
| Chicago / IL / 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06183452 | 312-281-3600 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐