IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM P. ANDERSON on behalf of himself and all others similarly situated | ) ) ) ) | |
| Plaintiff, | ) ) ) | No.　07 C 6213 |
| v. | ) ) | Judge Bucklo |
| SATURN CORPORATION | ) ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant SATURN CORPORATION, by its attorneys, William A. Chittenden, III, Matthew W. Gasaway, and Chittenden, Murday & Novotny LLC, for its Motion for Extension of Time to Answer or Otherwise Plead, states as follows:

1.　The Complaint in this matter was originally filed in Lake County, Illinois, on September 27, 2007. Defendant filed a Notice of Removal on November 2, 2007.

2.　Defendant and its attorneys will require additional time to prepare their responsive pleading.

3.　Accordingly, Defendant SATURN CORPORATION respectfully requests an extension of time to file its responsive pleading, to November 26, 2007.

4.　This motion is not brought to unnecessarily delay these proceedings or to prejudice any of the parties to this litigation, and counsel for Plaintiff has indicated that they have no objection to this motion.

**WHEREFORE,** Defendants seek an extension of time to file its pleading in response to the Plaintiff's Complaint, to and including November 26, 2007.

Respectfully submitted,

CHITTENDEN, MURDAY & NOVOTNY LLC

By:   /s Matthew W. Gasaway

### CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007 I electronically filed the above and foregoing Motion with the Clerk of the Court using the CM/ECF system. I also hereby certify that I served a copy of the above and foregoing to all non CM/ECF participants by enclosing a true and correct copy thereof in a properly addressed, postage prepaid envelope and depositing same in the U.S. Mail chute located at 303 W. Madison Street, Chicago, Illinois, 60606 on or before the hour of 5:00 p.m. on November 5, 2007.

/s Matthew W. Gasaway

William A. Chittenden III
Matthew W. Gasaway
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street
Suite 1400
Chicago, Illinois  60606
(312) 281-3600
O:\GE101\41058 Anderson\Pleadings\Motion Ext Time Ans.doc