IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM P. ANDERSON on behalf of himself and all others similarly situated | ) ) ) ) | |
| **Plaintiff,** | ) ) ) | No.   07 C 6213 |
| v. | ) ) | Judge Bucklo |
| SATURN CORPORATION | ) ) | |
| **Defendants.** | ) | |

## AMENDED NOTICE OF MOTION

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on the 13th day of November, 2007, at 9:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Elaine Bucklo, or any judge sitting in her place or stead, in the courtroom usually occupied by her in Room 1441, in the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Motion For Extension Of Time To Answer Or Otherwise Plead, which was filed on November 5, 2007.

CHITTENDEN, MURDAY & NOVOTNY LLC

By:   s/ Matthew W. Gasaway
One of the Attorneys for Defendants

William A. Chittenden III
Matthew W. Gasaway
Chittenden, Murday & Novotny LLC
303 West Madison Street, Suite 1400
Chicago, Illinois  60606
(312) 281-3600

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2007 I electronically filed the above and foregoing Amended Notice of Motion with the Clerk of the Court using the CM/ECF system. I also hereby certify that I served a copy of the above and foregoing to all non CM/ECF participants by enclosing a true and correct copy thereof in a properly addressed, postage prepaid envelope and depositing same in the U.S. Mail chute located at 303 W. Madison Street, Chicago, Illinois, 60606 on or before the hour of 5:00 p.m. on November 6, 2007.

/s Matthew W. Gasaway

William A. Chittenden III
Matthew W. Gasaway
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street
Suite 1400
Chicago, Illinois 60606
(312) 281-3600
O:\GE101\41058 Anderson\Pleadings\Amended NOM 11-13-07 rsg.doc