**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM P. ANDERSON, On Behalf of Himself and all others similarly situated | : : : |
| Plaintiff, | : : |
| v. | : CASE NO: 07 C 6213 : : |
| SATURN CORPORATION | : : |
| Defendant. | |

**MOTION TO DISMISS CLASS ACTION COMPLAINT**

Defendant Saturn Corporation ("Saturn"), by its attorneys, William A. Chittenden, III, Matthew W. Gasaway, and Chittenden, Murday & Novotny LLC, for its Motion to Dismiss Plaintiff's Class Action Complaint ("Complaint") in its entirety pursuant to Federal Rule of Civil Procedure 9(b) and 12(b)(6), states as follows:

1. Plaintiff William P. Anderson ("Anderson") filed his Class Action Complaint against Saturn on September 27, 2007.

2. In his Class Action Complaint, Anderson asserts claims against Saturn for breach of warranty, unjust enrichment, and violations of the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq., asserting that all Saturn vehicles equipped with L-61 engines, including 2000-2003 model year L-Series, 2002-2003 model-year VUEs, and 2003 model-year IONs (the "Vehicles") are defective.

3. Plaintiff's Class Action Complaint fails to set forth a claim upon which relief can be granted, and as such, must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

4. In addition, the Plaintiff's claims of fraud under the ICFA are pled with insufficient particularity, and must be dismissed pursuant to Federal Rule of Civil Procedure 9(b).

5. Saturn's Memorandum of Law in Support of their Motion to Dismiss is filed contemporaneously with this Motion and incorporated by reference herein.

**WHEREFORE,** Defendant Saturn Corporation respectfully prays that this court dismiss the Class Action Complaint, in its entirety, with prejudice and with its costs awarded.

Respectfully submitted,

CHITTENDEN, MURDAY & NOVOTNY LLC

By:   /s Matthew W. Gasaway

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007 I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system. I also hereby certify that I served a copy of the above and foregoing to all non CM/ECF participants by enclosing a true and correct copy thereof in a properly addressed, postage prepaid envelope and depositing same in the U.S. Mail chute located at 303 W. Madison Street, Chicago, Illinois, 60606 on or before the hour of 5:00 p.m. on November 26, 2007.

/s Matthew W. Gasaway

William A. Chittenden III
Matthew W. Gasaway
Chittenden, Murday & Novotny LLC
303 West Madison Street, Suite 1400
Chicago, Illinois  60606
(312) 281-3600
O:\GE101\41058 Anderson\Pleadings\Motion to Dismiss\MTD.doc

2