# EXHIBIT A

2002
# Warranty & Owner Assistance
INFORMATION





 **An Important Message to Saturn Owners . . .**

## SATURN'S COMMITMENT TO YOU

We are committed to assuring your satisfaction with your new Saturn.

Your Saturn Retailer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

### Car Operation and Care

Considering the investment you have made in your new Saturn vehicle, we know you will want to operate and maintain it properly. We urge you to follow the instructions contained in your Owner's Handbook and Maintenance Schedule.

### Maintenance Records

Saturn recommends that you retain receipts covering performance of regular vehicle maintenance. Repairs required due to damage resulting from lack of maintenance are not covered under your warranty. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of scheduled maintenance or a defect in material or workmanship.

We suggest you keep these receipts in your Owner's Handbook. Also, a maintenance record area is provided in each interval in the Maintenance Schedule for your convenience in recording the date, actual mileage, and services performed.

## An Important Message to Saturn Owners . . .                                         2

### *Owner Assistance*

Should you ever encounter a problem during or after the
warranty period that is not resolved, talk to a member of
your Retailer's management team.  If the problem
persists, please contact the Saturn Customer Assistance
Center as outlined in *Owner Assistance*, on page 31 of
this booklet.

### *Saturn Mediation/Arbitration Program*

On page 26 of this booklet, you will also find
information on the voluntary, non-binding Saturn
Mediation/Arbitration Program.

We thank you for choosing a Saturn product.

*Saturn Corporation*

## Table of Contents

Warranty Coverage at a Glance ........... 5

New Car Limited Warranty ............. 7
  What is Covered........................... 7
  What is Not Covered ........................ 8

Things You Should Know About
the New Car Limited Warranty........... 11

Emission Control Systems Warranties..... 15
  Federal ................................... 15
  California ................................. 16
  Emission Warranty Parts List................. 19

Things You Should Know About
the Emission Control Systems
Warranties............................... 21

Copyright © 2001 Saturn Corporation U.S.A.  All rights reserved.  1st Edition  SL5 20021K1

**Table of Contents** _____ 4

**Owner Assistance** ......................... 25
  Customer Satisfaction ...................... 25
  Saturn Customer Assistance Center............. 25
  Saturn Mediation/Arbitration Program .......... 26
  Customer Assistance — Hearing/Speech Impaired.. 28
  State Warranty Enforcement Laws.............. 28
  California Warranty Enforcement Laws ......... 28
  Special Policy Adjustment Programs............ 29

**Reporting Safety Defects to the United States
Government or to Saturn Corporation** .... 31

**Request Form — Saturn Mediation/
Arbitration Program** ..................... 32

 **Warranty Coverage
at a Glance**

## GENERAL INFORMATION

The 2002 warranty coverages are summarized on page 6. Please read pages 7 through 30 for complete details.

### Tire Information

The tires supplied with your vehicle are covered against defects in materials or workmanship under the 3-year/36,000 mile bumper-to-bumper coverage.

Any tire replaced will continue to be warranted for the remaining portion of the bumper-to-bumper coverage period without proration. Following expiration of the bumper-to-bumper coverage, tires may continue to be covered under the tire manufacturer's warranty with proration included.

Review the tire manufacturer's warranty in the Tire Warranty, Maintenence and Safety Information Booklet, located in the front cover pocket of your Saturn Owner's Handbook.

**Warranty Coverage at a Glance**                                                       6

The 2002 warranty coverages are summarized below.  Please read pages 7 through 30 for complete details.





**TIRE INFORMATION:  Tires are warranted separately (refer to page 8 for additional information).**

Defects in material and workmanship continue to be covered under the "Bumper to Bumper" Coverage in the New Car Limited Warranty.

 **2002 Saturn Corporation**
**New Car Limited Warranty**

Saturn Corporation will provide for repairs to the vehicle during the WARRANTY PERIOD in accordance with the following terms, conditions, and limitations.

## WHAT IS COVERED

### Warranty Applies

This warranty is for Saturn cars registered in the United States and normally operated in the Continental United States, Hawaii,* Alaska, or Canada, and is provided to the original and any subsequent owners of the car during the WARRANTY PERIOD.

### Repairs Covered

This warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the WARRANTY PERIOD.

* In the state of Hawaii, authorized Saturn Service is available only on the island of Oahu.

Needed repairs will be performed using new or remanufactured parts.

### Warranty Period

The WARRANTY PERIOD for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the COVERAGE period.

### Bumper.to Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What is Covered" and those items listed under "What is Not Covered" on pages 8 through 10.

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

---

**New Car Limited Warranty**                                                  7

## New Car Limited Warranty                                          8

### Corrosion

Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

### Rust-Through

Any body sheet metal panel that rusts through (an actual hole in the sheet metal) continues to be covered for up to 6 years or 100,000 miles, whichever comes first.

**Note: Cosmetic or surface corrosion (resulting from stone chips or scratches in the paint, for example) is not included in SHEET METAL COVERAGE.**

### *Obtaining Repairs*

To obtain warranty repairs, take the car to a Saturn Retail Facility within the WARRANTY PERIOD and request the needed repairs. A reasonable time must be allowed for the retail facility to perform necessary repairs.

### *Towing*

TOWING is covered to the nearest Saturn Retail Facility, if your vehicle cannot be driven because of a warranted defect.

If your vehicle must be towed, the only towing equipment which can be used is a vehicle carrier or a wheel lift tow truck. See your Owner's Handbook for more details.

### *No Charge*

Warranty repairs, including TOWING, parts and labor will be made at NO CHARGE.

## *WHAT IS NOT COVERED*

### *Tires*

Any occurrences prior to October 1, 2000 will not be covered. Normal tire wear or wear-out is not covered. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered.

Also, damage from improper inflation, spinning (as when stuck in mud or snow), tire chains, racing, improper tire mounting or dismounting, misuse, negligence, alteration, vandalism, or misapplication is not covered.

### Damage Due to Accidents, Misuse, or Alteration

Damage caused as the result of any of the following, is not covered:

- Collision, fire, theft, freezing, vandalism, riot, explosion or objects striking the vehicle;

- Misuse of the vehicle such as driving over curbs, overloading, racing or other competition. Proper vehicle use is discussed in the Owner's Handbook;

- Alteration or modification to the vehicle including the body, chassis or components, after final assembly by Saturn. In addition, coverages do not apply if the odometer has been disconnected or its reading has been altered, or the mileage cannot be determined.

**Note: This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or totaled.**

### Damage or Corrosion Due to Environment, Chemical Treatments or Aftermarket Products

Damage caused by airborne fallout (chemicals, tree sap, etc.) stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See page 14 for details on Chemical Paint Spotting.

### Damage Due to Insufficient or Improper Maintenance

Damage caused by failure to follow the recommended Maintenance Schedule intervals and/or failure to use or maintain fluids, fuel, lubricants or refrigerants recommended in the Owner's Handbook is not covered.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the Owner's Handbook or Maintenance publications are the owner's expense. Vehicle lubrication, cleaning, or polishing, as well as items requiring replacement or repair as a result of vehicle use, wear or exposure are not covered.

## New Car Limited Warranty                                                    10

Items such as:

- Filters
- Clutch Linings
- Audio System Cleaning
- Wiper Inserts
- Brake Pads/Linings
- Keyless Entry Batteries*
- Coolants and Fluids
- Tire Rotation

are covered only when replacement or repair is the result of a defect in material or workmanship.

Failure or damage of one component due to vehicle use, wear, exposure or lack of maintenance is not covered.

*Consumable battery covered up to 12 months only.*

### Extra Expenses

Economic loss or extra expense is not covered. Examples include:

- Loss of vehicle use
- Inconvenience
- Storage
- Payment for loss of time or pay
- Vehicle rental expense
- Lodging, meals or other travel costs

---

**Other Terms:** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

Saturn does not authorize any person to create for it any other obligation or liability in connection with these cars. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this car is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. Saturn shall not be liable for incidental or consequential damages (such as, but not limited to, lost wages or vehicle rental expenses) resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

 **Things You Should Know About the New Car Limited Warranty**

*Warranty Repairs — Component Exchanges*

In the interest of customer satisfaction, Saturn may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts which may be new, remanufactured, reconditioned or repaired, depending on the component involved.

All exchange components used meet Saturn standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: transaxle assemblies, instrument cluster assemblies, radios, compact disc players, tape players, batteries, and electronic control modules.

*Warranty Repairs - Recycled Materials*

Environmental Protection Agency (EPA) guidelines support the capture, purification and reuse of automotive air conditioning refrigerant gases. As a result, any repairs Saturn may make to the sealed portion of your air conditioning system (if equipped) may involve the installation of purified reclaimed refrigerant.

*After-Manufacture "Rustproofing"*

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the SHEET METAL COVERAGE. Saturn makes no recommendation concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle.

Things You Should Know About the New Car Limited Warranty                    11

Repairs to correct damage caused by such applications are not covered under your Saturn New Car Limited Warranty.

### Paint, Trim and Appearance Items

Defects in paint, trim, upholstery or other appearance items are normally corrected during new vehicle inspection or during pre-delivery inspection. If you find any paint or appearance concerns, advise your Retailer as soon as possible. Deterioration due to use and exposure is not covered by the warranty.

The instructions in the Owner's Handbook regarding the care of paint, trim, upholstery, glass, and other appearance items should be followed closely.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and attack painted surfaces on your vehicle.

This damage can take two forms: blotchy, ringlet-shaped discolorations, and small irregular dark spots etched into the paint surface.

Although no defect in the factory applied paint causes this, Saturn will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage — Extensions

**Time Extensions**

The New Car Limited Warranty will be extended one day for every day beyond the first 24 hour period in which your vehicle is at an Authorized Saturn Retail Facility for warranty service.

You may be asked to show the customer service order to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions**

Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping and while at the retail facility.

For eligible vehicles, this mileage will be added to the mileage limits of the warranty, ensuring that you receive full benefit of the coverage. Mileage extension eligibility requirements are:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, Saturn owned vehicles, retailer owned vehicles, or retailer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer, even though the vehicle may not have been "registered" for license plates.

### Warranty Service — Continental United States, Alaska, Hawaii, or Canada

For your records, the servicing Saturn Retail Facility should provide a copy of the Customer Service Order, listing all warranty repairs performed. While any Saturn Retail Facility or Authorized Saturn Service Provider will perform warranty service, we recommend that you return to the Saturn Retail Facility that sold you your car because of their continued and personal interest in you.

If you are touring or move, visit any Saturn Retail Facility or Authorized Saturn Service Provider in the Continental United States, Alaska, Hawaii, or Canada for warranty service.

### Touring Owner Service — Outside Continental United States, Alaska, Hawaii, or Canada

If you are touring outside the Continental United States, Alaska, Hawaii, or Canada, and repairs are needed, it is suggested that the necessary repairs be performed at your expense. Once you return to the Continental United States, Alaska, or Hawaii, you should provide your Retailer with a statement of circumstances, the original repair order and any *paid* receipts indicating the work performed and parts replaced for reimbursement consideration.

Please note that repairs made necessary by the use of improper or dirty fuels or lubricants are not covered under the warranty. See your Owner's Handbook for additional information on fuel requirements when operating in foreign countries.

---

Things You Should Know About the New Car Limited Warranty                    13

## Original Equipment (Vehicle) Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by Saturn except for Retailer Installed Regular Production Option (RPO) equipment such as a Delco radio, cruise control, etc. and Saturn approved retailer installed accessory packages as identified in the Saturn Parts and Accessories manuals. Examples of the types of alterations that would not be covered include, but are not limited to, the installation of a non-Saturn part or accessory, or the cutting, welding or disconnecting of the vehicle's original equipment parts and components.

**Note: Retailer installed Saturn parts and accessories not available as regular production options may be covered under separate warranties. Please consult your Retailer for details.**

## Pre-Delivery Service

Defects in or damage to the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the Retailer.

Normally, any defect or damage occurring during assembly is detected and corrected at the factory during the inspection process. In addition, Retailers are obligated to inspect each vehicle before delivery.

They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any such defects when you take delivery, please advise your Retailer without delay. For further details concerning any repairs which the Retailer may have made prior to your taking delivery of your vehicle, please ask your Retailer.

## Production Changes

Saturn Corporation and its Retailers reserve the right to make changes in cars built and/or sold by them at any time without incurring any obligation to make the same or similar changes on cars previously built and/or sold by them.



### 2002 Emission Control Systems Warranties

This section outlines the emission warranties that Saturn provides for your vehicle in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in Saturn emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. In any case, the warranty with the broadest coverage applies.

#### *What is Covered*

The parts covered under the emission warranty are listed under Emission Warranty Parts List that appears later in this section.

#### *Federal Emission Control Systems*

Both the Emission Defect Warranty and the Emission Performance Warranty described begin on the date the vehicle is first delivered or put into use and continues for a period of 2 years or 24,000 miles, whichever comes first.

If a catalytic converter, vehicle (powertrain) control module or engine control module is found to be defective under either of these warranties, those parts are warranted for 8 years or 80,000 miles, whichever comes first.

#### *Emission Defect Warranty*

Saturn Corporation warrants to the owner that the vehicle:

- was designed, equipped and built so as to conform, at the time of sale, with applicable regulations of the Federal Environmental Protection Agency (EPA), and

- is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission related defects in the genuine Saturn parts listed under Emission Warranty Parts List, including related diagnostic costs, parts and labor, are covered by this warranty.

**Emission Control Systems Warranties**                                    16

### Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is required in your area, you may also be eligible for Emission Performance Warranty coverage when all of the following three conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner's handbook or maintenance schedule supplied with your vehicle.
- The vehicle fails an EPA-approved I/M test during the emission warranty period.
- The failure results, or will result in, the owner of the vehicle having to bear a penalty or other sanctions (including the denial of the right to use the vehicle) under local, state or federal law.

If all of these conditions are met, Saturn warrants that your retailer will replace, repair, or adjust to Saturn specifications, at no charge to you, any of the part listed on the Emission Warranty Parts List, which may be necessary to cause your vehicle to conform to the applicable emissions standards. Non-Saturn parts labeled "Certified to EPA Standards" are covered by the Emission Performance Warranty.

### California Emission Control Warranty

This section outlines the emission warranties that Saturn provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in Saturn emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California or other states adopting California emission and warranty regulations;*
- is certified for sale in California as indicated on the vehicle's emission control information label.

*Currently MA and VT only. Note: NY and ME have adopted California emission regulations, but not California warranty regulations. The Federal Emission Control Warranty applies in NY and ME.

**Your Warranty Rights and Obligations (For Vehicles Subject to California's Exhaust Emission Standards and Warranty Regulations)**

The California Air Resources Board and Saturn are pleased to explain the emission control system warranty on your 2002 vehicle. In California, new motor vehicles must be designed, equipped, and built to meet the states' stringent anti-smog standards. Saturn must warrant your vehicle's emission control system for the periods of time and mileage listed, provided there has been no abuse, neglect, or improper maintenance of your vehicle.

Your vehicle's emission control system may include parts such as the fuel-injection system, the ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, Saturn will repair your vehicle at no cost to you, including diagnosis, parts, and labor.

*Saturn Warranty Coverage*

- For 3 years or 50,000 miles (whichever comes first):

If your vehicle fails a Smog Check inspection, Saturn will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your emission control system Performance Warranty.

If any emission-related part on your vehicle is defective, Saturn will repair or replace it. This is your short-term emission Defects Warranty.

- For 7 years or 70,000 miles (whichever comes first):

If an emission-related part listed in your vehicle warranty booklet specially noted with coverage for 7 years or 70,000 miles is defective, Saturn will repair or replace it. This is your long-term emission control system Defects Warranty. (For example, if one of these parts causes a Smog Check failure after the 3 year/50,000 mile performance warranty has expired, the part is still covered for 7 years/70,000 miles.)

- For 8 years or 80,000 miles, whichever comes first: If the catalytic converter, a vehicle (powertrain) control module or engine control module is found to be defective, Saturn will repair or replace it under the Federal Emission Control Warranty.

**Emission Control Systems Warranties**                                      17

Any authorized Saturn retailer will, as necessary under these warranties, replace, repair, or adjust to Saturn specifications any genuine Saturn parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retailer purchaser or,

if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities:**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in the Maintenance Schedule booklet, located in the back cover pocket of the Owner's Handbook. Saturn recommends that you retain all maintenance receipts for your vehicle, but Saturn cannot deny warranty solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a Saturn retailer or an Authorized Saturn Service Provider as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that Saturn may deny you warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, or modifications not approved by Saturn.

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Saturn Customer Assistance Center at 1-800-553-6000 or, in California, the State of California Air Resources Board, Mobile Source Operations Division at P.O. Box 8001, El Monte, CA 91731-2990.

**What is Covered:**

The parts covered under the Emission Control Systems Warranties are listed under the Emission Warranty Parts List later in this section.

**What Is Not Covered:**

The Emission Control Systems Warranty obligations do not apply to:

- Conditions resulting from tampering, abuse, neglect, or improper maintenance; or
- Any other item listed under *What is Not Covered* in the New Car Limited Warranty section.

The *Other Terms* presented in the New Car Limited Warranty also apply to the emission-related warranties.

## *Emission Warranty Parts List*

The parts that may affect your vehicle's emissions are listed on the following pages. These emission parts are covered under emission warranties as follows:

- **Federal Coverage** - 2 years/24,000 miles, whichever comes first. (Saturn extends this coverage through the "Bumper to Bumper" New Car Limited Warranty period.)
- **California Coverage** - 3 years/50,000 miles, whichever comes first.

NOTE: Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California emission coverage.
- (**) 8 years/80,000 miles, whichever comes first. Federal emission coverage.

**Powertrain Control System:**

- Camshaft Position Sensor
- Coolant Fan Control Relay
- Coolant Level Sensor
- Input Shaft Speed Sensor
- Intake Air Temperature Sensor
- Malfunction Indicator Lamp

- Ignition Switch
- Torque Converter Clutch Solenoid Valve
- Data Link Connector
- Electronic Throttle Control (ETC) Motor
- Engine Control Module (ECM)**
- Throttle Position Sensor/ Switch
- Transmission Fluid Temperature Sensor
- Torque Convertor Clutch Switch
- Transmission Fluid Pressure Sensors
- Transmission Speed Sensors
- Vehicle Speed Sensor

- Crankshaft Position Sensor
- Manifold Absolute Pressure Sensor
- Mass Air Flow Sensor*
- Powertrain Control Module (PCM)*
- Oxygen Sensors
- Park/Neutral Position Switch
- Transmission Line Pressure Control Actuator
- Transmission Control Module (TCM)
- Transmission Shift Actuator
- Eng. Coolant Temp. Sensor
- Transmission Shift Solenoids
- Brake Switch

**Fuel Management System**

- Fuel Injectors
- Fuel Rail Assembly*
- Fuel Pressure Regulator

**Emission Control Systems Warranties**

19

## Emission Control Systems Warranties                                20

### Air Management System

- Air Cleaner Assembly
- Air Cleaner Resonator
- Air Intake Ducts
- Throttle Body Assembly*
- Idle Air Control Valve
- Intake Manifold (1.9L*, 3.0L: Lower Intake Manifold Assembly*)

### Ignition System

- Ignition Control Module*
- Knock Sensor System
- Spark Plugs
- Spark Plug Wires (1.9L -- to first replacement interval)

### Catalytic Converter System

- Catalytic Converter**
- Exhaust Pipes and/or Mufflers (when located between converter and exhaust manifold)
- Exhaust Manifold*

### Positive Crankcase Ventilation System

- Oil Filler Cap
- PCV Oil Separator
- PCV Filter

### Exhaust Gas Recirculation System

- EGR Passages
- EGR Valve

### Secondary Air Injection System

- Air Pump
- Switching Valve
- Bypass Valve
- Solenoid Vacuum Valve

### Evaporative Emission Control System (Gasoline Engines)

- Canister
- Canister Purge Solenoid Valve
- Canister Vent Solenoid
- Fill Limit Valve
- Fuel Filler Cap
- Fuel Filler Regulator
- Fuel Tank*
- Fuel Tank Filler Pipe (with restrictor)
- Fuel Feed/Return Pipes, Hoses
- Fuel Tank Vacuum Sensor

### Miscellaneous Items Used In Above Systems

- Actuators
- Belts
- Clamps
- Connectors
- Ducts
- Fittings
- Gaskets
- Grommets
- Hoses
- Housings
- Mounting Hardware
- Pipes
- Pulleys
- Sealing Devices
- Sensors
- Springs
- Switches
- Relays
- Tubes
- Valves
- Wiring

 **Things You Should Know About the Emission Control Systems Warranties**

### Replacement Parts

The emission control systems of your 2002 passenger car were designed, built and tested using genuine Saturn parts* and the car is certified as being in conformity with applicable federal and California emission requirements. Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine Saturn parts.

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine Saturn parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine Saturn parts are used for maintenance replacements or for the repair of components affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine Saturn parts in performance and durability.

### Maintenance Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an Authorized Saturn Retail Service Facility or Authorized Saturn Service Provider, except in an emergency situation when a warranted part or an Authorized Saturn Retail Facility is not reasonably available to the vehicle owner.

*Genuine Saturn parts, when used in conjunction with Saturn vehicles means parts manufactured by or for Saturn, designed for use on Saturn vehicles and distributed by any division or subsidiary of Saturn Corporation.*

## Things You Should Know About the Emission Control Systems Warranties     22

In an emergency, where an authorized Saturn Retailer or Authorized Saturn Service Provider is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Saturn will consider reimbursement for the expense incurred (including diagnosis), not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Saturn's recommended time allowance for the warranty repair and the geographically appropriate labor rate.

A part not being available within 10 days or a repair not being complete within 30 days constitutes an emergency. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to an emergency.

Receipts and records covering the performance of regular maintenance or emergency repairs should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. Saturn will not deny warranty coverage solely on the absence of maintenance records.

However, Saturn may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranted part.

### Claim Procedures

As with the other warranties covered in this section, take your car to your Authorized Saturn Retail Facility or Authorized Saturn Service Provider to obtain service under the Emission Warranties. This should be done as soon as possible after failing an EPA-approved Inspection/Maintenance test or a California smog check test, or at anytime you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by your Saturn Retail Facility or Authorized Saturn Service Provider at no charge. Repairs which do not qualify will be charged to you. You will be notified if the repair qualifies under the warranty within a reasonable time (not to exceed 30 days after the receipt of the vehicle by the Saturn Retail Facility or Authorized Saturn Service Provider, or within the time period required by local or state law).

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your Retailer or Saturn. If you are so notified, Saturn will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, please contact the Saturn Customer Assistance Center as outlined in the Owner Assistance section on page 25 of this booklet.

For further information or to report violations of the Emission Control System Warranties, you may contact the Director, Field Operation and Support Division, Environmental Protection Agency, 401 "M" Street S.W., Washington, DC 20460.

For a vehicle equipped with the California exhaust emissions option, you may contact the State of California Air Resources Board, Mobile Source Operations Division, PO Box 8001, El Monte, CA 91731-2990.

If, in an emergency situation, it is necessary to have repairs performed by other than an Authorized Saturn Retail Facility or Authorized Saturn Service Provider and you believe the repairs are covered by Emission Warranties, take the replaced parts and your receipt to an Authorized Saturn Retail Facility or Authorized Saturn Service Provider for reimbursement consideration. This applies to both the Emission Defect Warranty and Emission Performance Warranty.

**Warranty and Owner Assistance Information**                                        24

 **Owner Assistance**

## CUSTOMER SATISFACTION

At Saturn, we are committed to the concept of total customer satisfaction. We have made a commitment to provide our customers with unparalleled service, before, during and after the purchase of a Saturn vehicle. We call this concept the *Saturn Difference*. If, for any reason, your ownership experience falls below your expectations, we suggest you take the following action:

1. **Contact the Retail Customer Assistance Liaison**
   Any member of the retail management team; General Manager or Service Manager has the training, authority, and, most importantly, the desire to quickly and effectively answer and resolve your questions, problems or concerns.

2. **Contact the Saturn Customer Assistance Center**
   Should you need additional assistance after contacting your Saturn Retailer call the Saturn Customer Assistance Center at:

   ### 1-800-553-6000

   (available from all 50 States and Canada)

   A Saturn Customer Assistance Center Team Member will handle your call and assist in providing product and warranty information, nearest Retailer locations, roadside assistance, brochures, literature, and discuss any concerns you may have. In the event that you desire to write to the Saturn Customer Assistance Center, our address is:

   Saturn Customer Assistance Center
   100 Saturn Parkway
   Mail Code 371-999-S24
   Spring Hill, TN 37174-1500

**Owner Assistance** 26

NOTE: In order to give you the greatest assistance possible, please help us by providing the following information when you call:

- Vehicle Identification Number. (You will find this 17-digit number located on the upper driver's side corner of the dash and also on your roadside assistance key card.)

- The current mileage on your Saturn vehicle (if applicable).

- The names of the selling and servicing retail facilities.

- Your daytime and evening phone numbers.

- Nature of concern.

### Notification of Name/Address Change

If you have purchased a previously owned Saturn vehicle or have changed your name or address, please provide this information to your nearest Saturn facility's service department or the Saturn Customer Assistance Center at 1-800-553-6000.

### Saturn Participation in Better Business Bureau Mediation/Arbitration Program*

Saturn and its Retailers have made a commitment to you for your complete satisfaction with your Saturn vehicle. In those few instances when you feel your vehicle problem was not appropriately addressed, Saturn and its Retailers offer the additional assistance of a neutral party through our voluntary participation in a mediation/arbitration program called BBB Auto Line. This program is available at no cost to you, our customer, and is administered by the Council of Better Business Bureaus. The *Saturn Difference* is our pledge to your satisfaction, and if we are unable to assist you, we are confident that the BBB Auto Line can help in Saturn's customer satisfaction effort.

The program can resolve individual disputes involving vehicle repairs and the interpretation of your New Vehicle Limited Warranty.

We ask that you not resort to BBB Auto Line until after Saturn and its Retailers have been given the opportunity to satisfy your vehicle concerns.

However, you may file a claim at any time by contacting your local Better Business Bureau at 1-800-955-5100.

For further information about filing a claim, you may also write to:

> BBB Auto Line
> Council of Better Business Bureaus
> Suite 800
> 4200 Wilson Boulevard
> Arlington, VA  22203

In order to file a claim, you will have to provide your name and address, the vehicle identification number (VIN) of your vehicle, and a statement of the nature of your complaint. BBB staff may try to help resolve your dispute through mediation.

If mediation is not successful, or if you do not wish to participate in mediation, eligible customers may present their case to an impartial third party arbitrator at an informal hearing. The arbitrator will render a decision in your case which you may accept or reject.

If you accept a valid arbitrator decision, Saturn will be bound by that decision. The entire dispute settlement process should ordinarily take about 40 days from the time you file your complaint to the time a decision is rendered.

We encourage you to use this program before, or instead of, resorting to legal action. We believe it offers advantages over legal avenues in most jurisdictions because it is fast, free of charge, and informal (lawyers are not usually present, although you may retain one at your expense if you choose).  If you wish to pursue legal action, however, we do not require that you first file a claim with BBB Auto Line unless state law provides otherwise.*

Whatever your preference may be, remember that if you are unhappy with the results of BBB Auto Line, you can still pursue legal action because an arbitrator's decision is binding on Saturn but not on you unless you accept it.

Eligibility is limited by vehicle age/mileage and other factors. For further information concerning the program, call your local BBB at 1-800-955-5100.

* Saturn Corporation reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**Owner Assistance**

**Owner Assistance**                                                           28

You may also call the Saturn Customer Assistance Center, at 1-800-553-6000, or write, using the form on page 39.

### Customer Assistance for the Hearing or Speech Impaired

To assist owners who have hearing difficulties, Saturn has installed special TDD (Telecommunication Devices for the Deaf) equipment in its Saturn Customer Assistance Center. Any hearing or speech impaired customer who has access to a TDD or a conventional teletypewriter (TTY) can communicate with Saturn by dialing 1-800-TDD-6000.

### State Warranty Enforcement Laws (Repair/Replace Laws)

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state.

To the extent allowed by state law, Saturn requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws.

Your written notification should be sent to:

> Saturn Repair/Replace Law Coordinator
> Saturn Customer Assistance Center
> 100 Saturn Parkway
> Mail Code 371-999-S22
> Spring Hill, TN  37174-1500

### California Warranty Enforcement Laws

On January 1, 2001, a mandate regarding warranty laws on new motor vehicles registered in the state of California will be enacted. Specifically, the laws establishing the presumption of a "lemon" are changing. The paraphrased law follows with changes bolded:

* *Some states may require that you first file a claim with BBB Auto Line before resorting to state-operated procedures (including legal action). Additionally, you must use the BBB Auto Line before seeking remedies provided in the Magnuson-Moss Warranty Act or certain state laws.*

For vehicles within 18 months of purchase of a new vehicle or 18,000 miles, whichever is first. If a manufacturer or its representative is unable to service or repair a new motor vehicle to conform to the applicable express warranties after a reasonable number of attempts, the manufacturer shall either promptly replace the vehicle or make restitution to the buyer, at the buyer's option. **A reasonable number of attempts to correct a nonconformity that results in a condition likely to cause death or serious bodily injury if the vehicle is driven, is when a vehicle has been subject to repair two or more times and the buyer or lessee has at least once directly notify the manufacturer of the need for the repair.** On all other nonconformity issues a reasonable number of repair attempts is still four.

Written notification should still be addressed to the Saturn Repair/Replace Law Coordinator utilizing the same address noted in the previous section.

### *Special Policy Adjustment Programs Beyond the Warranty Period*

Saturn is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Saturn will establish a special policy adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. From time to time, check with your Saturn Retailer or the Saturn Customer Assistance Center to determine whether any special policy adjustment program is applicable to your vehicle.

When you make any inquiry, you will need to give the year, model and mileage of your vehicle and your vehicle identification number (VIN).

**Owner Assistance**                                                                                                    **29**

Warranty and Owner Assistance Information    30

 **Reporting Safety Defects**

### Reporting Safety Defects to the United States Government

If you believe that your vehicle has a defect which could cause a crash or could cause injury or death, you should immediately inform the National Highway Traffic Safety Administration (NHTSA), in addition to notifying Saturn Corporation.

If NHTSA receives similar complaints, it may open an investigation, and if it finds that a safety defect exists in a group of vehicles, it may order a recall and remedy campaign.

However, NHTSA cannot become involved in individual problems between you, your Retailer or Saturn.

To contact NHTSA, you may either call the Auto Safety Hotline toll-free at 1-800-424-9393 (or 366-0123 in the Washington, D.C. area) or write to:

NHTSA
U. S. Department of Transportation
Washington, D. C. 20590

You can also obtain other information about motor vehicle safety from the Hotline.

### Reporting Safety Defects to Saturn

In addition to notifying NHTSA in a situation like this, we certainly hope you'll notify us. Please call the Saturn Customer Assistance Center at 1-800-553-6000 or write:

Saturn Corporation
100 Saturn Parkway
Mail Drop 371-999-S24
Spring Hill, TN  37174-1500

---

**Reporting Safety Defects**

**Request Form** 32

*Request Form for Owner Assistance or Information on Saturn BBB Mediation/Arbitration*

If you have discussed a problem with your Retail Customer Assistance Liaison and have not been able to resolve it, let us know. Questions and concerns are resolved most efficiently if you telephone or write directly to our Saturn Customer Assistance Center as described in the previous pages. Alternatively, here is a convenient form you may use to contact us about a problem or to request information about the voluntary Saturn BBB Mediation/Arbitration Program.    (cut here)

Name _____    Model Year _____    Model _____

Address _____    Vehicle Identification No. (17 digits) _____

City _____    Telephone (Day) Area Code (   ) _____

State _____ Zip _____    (Evening) Area Code (   ) _____

Retailer _____    Current Mileage _____ Delivery Date _____

City _____ State _____

Comments/Description of Problem _____

☐ Please have someone contact me concerning the problem I have described.

☐ Please send me further information about the Saturn BBB Mediation/Arbitration Program and have the appropriate BBB office contact me.

To:
Saturn Corporation
100 Saturn Parkway
Mail Drop 371-999-S24
Spring Hill, TN 37174-1500

Signed _____ Date _____