IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM P. ANDERSON, On Behalf of Himself and all others similarly situated | : : : |
| Plaintiff, | : : |
| v. | : CASE NO: 07 C 6213 : : |
| SATURN CORPORATION | : : |
| Defendant. | |

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on the 4th day of December 2007, at 9:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Bucklo, or any judge sitting in her place or stead, in the courtroom usually occupied by her in Room 1441, in the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present DEFENDANTS' MOTION TO DISMISS, a copy of which is hereby served upon you.

Dated at Chicago, Illinois, November 26, 2007.

                    Respectfully submitted,

                    SATURN CORPORATION

         By:    /s Matthew W. Gasaway
                    One of Its Attorneys

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on November 26, 2007 the above and foregoing Notice of Motion was electronically filed with the Clerk of the Court using the CM/ECF system.

                    /s Matthew W. Gasaway

William A. Chittenden III
Matthew W. Gasaway
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street
Suite 1400
Chicago, Illinois 60606
(312) 281-3600
O:\GE101\41058 Anderson\Pleadings\Motion to Dismiss\NOM - MTD.doc

## SERVICE LIST

| **Counsel for Plaintiff, William P. Anderson** | **Non CM/ECF for Plaintiff** |
|---|---|
| (Not Lead Counsel)<br>Richard N. Kessler<br>McDonald Hopkins LLC<br>640 N. LaSalle Street<br>Suite 590<br>Chicago, IL  60610<br>312-280-0111 | Douglas P. Dehler<br>Shepherd Finkelman Miller & Shah, LLC<br>111 East Wisconsin Avenue<br>Suite 1750<br>Milwaukee, WI 53202 |