UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

William P Anderson
                    Plaintiff,
v.                                    Case No.: 1:07−cv−06213
                                      Honorable Elaine E. Bucklo
Saturn Corporation
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 30, 2007:

    MINUTE entry before Judge Elaine E. Bucklo :Defendant's motion to dismiss[11] is entered and briefed as follows: Responses due by 12/21/2007. Replies due by 1/8/2008. Ruling set for 2/7/2008 at 09:30 AM. Parties need not appear in court on 12/4/2007.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.