# United States District Court
# Northern District of Illinois

In the Matter of

Anderson

v.

General Motors Corp.

Case No. 07 C 6213

Designated Magistrate Judge
Jeffrey Cole

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Elaine E. Bucklo** to be related to **07C5362** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge John F. Grady

Dated: November 28, 2007

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **John F. Grady**.

ENTER

FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: DEC - 3 2007

Finding of Relatedness (Rev. 9/99)