# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5362<br>**\*\*07 C 6213\*\*** | **DATE** | 12/5/2007 |
| **CASE TITLE** | Marchetta, et al. Vs. General Motors Corp., et al. | | |

**DOCKET ENTRY TEXT**

Joint oral motion to stay all proceedings other than defendants' motion to reassign related case pursuant to local Rule 40.4 is granted. Said case is stayed pending further order of court. Status hearing set for 2/20/08 at 10:30 a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | JD |
|---|---|---|