

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

**OFFICE OF THE CLERK**
(312) 435-5691

February 21, 2008

Nebraska District Court
Roman L. Hruska United States Courthouse, Suite 1152
111 South 18th Plaza
Omaha, NE 68102

**FILED**
MAR 03 2008
3-3-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE:   Anderson v. Saturn Corporation
      Our USDC No. 07cv6213
      Your USDC No.
   MDL Docket No.: 1920

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Judicial Panel on Multidistrict Litigation, through its Clerk on 2/19/2008. Enclosed is a certified copy of the MDL transfer order and docket sheet and original paper dcoument number 1.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: Enjoli Fletcher

Enclosures

New Case No. 8:08cv79            Date 2/26/08

**RECEIVED**
FEB 2 6 2008
CLERK
U.S. DISTRICT COURT
OMAHA